No. 92-145

IN THE SUPREME COURT OF THE STATE OF MONTANA

1992

STATE OF MONTANA,

Plaintiff and Respondent,

-vs-

GEORGE A. COLLINS,

Defendant and Appellant.

APPEAL FROM: District Court of the Fourteenth Judicial District,
In and for the County of Meagher,
The Honorable Roy C. Rodeghiero, Judge presiding.

COUNSEL OF RECORD:

For Appellant:

George A. Collins, Pro Se, Townsend, Montana

For Respondent:

Hon. Marc Racicot, Attorney General, Helena, Montana
Elizabeth L. Griffing, Assistant Attorney General,
Helena, Montana
John V. Potter Jr., County Attorney, White Sulphur
Springs, Montana

Submitted on Briefs: June 4, 1992

Decided: June 30, 1992

Filed:

FILED

JUN 3 0 1992

Ed Smith
CLERK OF SUPREME COURT
STATE OF MONTANA

_____
Clerk

Justice Fred J. Weber delivered the Opinion of the Court.

On November 1, 1991, the Fourteenth Judicial District Court, Meagher County, dismissed an appeal by the defendant from a justice court traffic conviction. Defendant appeals this order dismissing his appeal. We affirm.

The dispositive issue in this case is whether the defendant's notice of appeal was timely.

On August 29, 1991, the Meagher County Justice of the Peace convicted the defendant, George A. Collins, of several traffic violations. Subsequently, Mr. Collins filed his notice of appeal with the justice court. The record shows that the justice court received this notice on September 16, 1991. After hearing the matter, the Fourteenth Judicial District Court dismissed Mr. Collins' appeal from justice court finding the appeal was untimely.

Section 46-17-311(2), MCA, provides that a criminal defendant may appeal a justice court ruling to the district court by filing written notice of appeal within ten days after a judgment is rendered. Here, Mr. Collins filed his notice eighteen days after the justice court rendered judgment. We agree with the conclusion of the District Court that Mr. Collins' notice of appeal was untimely. We hold the District Court properly dismissed this action.

Affirmed.

Pursuant to Section I, Paragraph 3(c), Montana Supreme Court 1988 Internal Operating Rules, this decision shall not be cited as precedent and shall be published by its filing as a public document

2

with the Clerk of this Court and by a report of its result to the
West Publishing Company.

_____
Justice

We Concur:

_____
Chief Justice

_____

_____

_____
Justices

3